UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

CASE NO.:

SENSIBLE PRODUCTS, INC.,
    an Illinois corporation,

    Plaintiff,

v.

SIYA, INC., D/B/A SONA ENTERPRISES,
    a California corporation,

    Defendant.
_____/

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff, SENSIBLE PRODUCTS, INC. ("Sensible Products"), sues Defendant, SIYA, INC., d/b/a SONA ENTERPRISES ("Sona") for Patent Infringement, and complains as follows:

## JURISDICTION AND VENUE

1.    This is an action for Patent Infringement arising under the Patent Laws of the United States, 35 U.S.C. § 271, et seq.

2.    This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1338(a).

3.    This Court has personal jurisdiction over Sona by virtue of its transaction of business within the State of Illinois, and sale of the accused infringing product in Illinois as constituting tortious acts, pursuant to 735 Ill. Comp. Stat. 5/2-209(a)(1) and (2), and also under 735 Ill. Comp. Stat. 5/2-209(c).

4.    Venue is proper in this District, pursuant to 28 U.S.C. § 1400(b).

1

**THE PARTIES**

5. Plaintiff, SENSIBLE PRODUCTS, INC., is an Illinois corporation having its principle place of business at 7290 W. Devon Avenue, Chicago, Illinois 60631.

6. Defendant, SIYA, INC. d/b/a SONA ENTERPRISES, is, upon information and belief, a California corporation having its principle place of business at 10233 Palm Drive, Santa Fe Springs, California 90670.

**COUNT I**
**PATENT INFRINGEMENT**

7. This Count alleges Patent Infringement against Sona, pursuant to 35 U.S.C. § 271, et seq. Sensible Products repeats and realleges Paragraphs 1-6 above.

8. On June 10, 2014 U.S. Patent No. 8,746,918, entitled "Multi-Function Telescopic Flashlight with Universally-Mounted Pivotal Mirror" ("the '918 Patent") was duly and legally issued to Michael Rubino. Sensible Products is the owner by assignment of all right, title and interest in and to the '918 Patent. A copy of the '918 Patent is attached as Exhibit "A" hereto.

9. On June 17, 2014 U.S. Patent No. 8,752,975, also entitled "Multi-Function Telescopic Flashlight with Universally-Mounted Pivotal Mirror" ("the '975 Patent") was duly and legally issued to Michael Rubino. Sensible Products is the owner by assignment of all right, title and interest in and to the '918 Patent. A copy of the '975 Patent is attached as Exhibit "B" hereto.

10. Sona has infringed and is still infringing one or more claims of the '918 Patent, as well as one or more claims of the '975 Patent, by making, using, selling, offering to sell and/or importing into the United States a "3-in-1 Telescoping Flashlight with Magnetic Mirror Attachment" embodying the invention protected under the '918 Patent, and will continue to do

so unless enjoined by this Court. A photograph depicting this accused infringing product is attached as Exhibit "C" hereto.

11. Upon belief, Sona's acts of infringement are willful, warranting the assessment of increased damages pursuant to 35 U.S.C. § 284, and warranting a finding that this is an exceptional case pursuant to 35 U.S.C. § 285.

12. Sona's acts of infringement have occurred, are occurring and will continue to occur without the authority or license of Sensible Products. These infringing acts have caused, are causing and will continue to cause injury to Sensible Products, including irreparable injury and damages, unless and until Sona is enjoined from doing so by this Court.

## DEMAND FOR JURY TRIAL

Sensible Products requests that all issues in this case be tried to a jury.

WHEREFORE, Sensible Products prays that this Court:

A. Enter judgment against Sona for infringement of the '918 Patent and permanently enjoin Sona, its principals, officers, directors, agents, employees, subsidiaries, affiliates and all other persons acting in active concert or participation with them, from further acts of infringement, pursuant to 35 U.S.C. § 283;

B. Enter judgment against Sona for damages arising from the infringement of the '918 Patent, pursuant to 35 U.S.C. § 284;

C. Enter judgment for Sensible Products for an accounting as to all damages arising from Sona's infringement of the '918 Patent;

D. Enter judgment against Sona for infringement of the '975 Patent and permanently enjoin Sona, its principals, officers, directors, agents, employees, subsidiaries, affiliates and all

other persons acting in active concert or participation with them, from further acts of infringement, pursuant to 35 U.S.C. § 283;

  E.  Enter judgment against Sona for damages arising from the infringement of the '975 Patent, pursuant to 35 U.S.C. § 284;

  F.  Enter judgment for Sensible Products for an accounting as to all damages arising from Sona's infringement of the '975 Patent;

  G.  Enter judgment that this case is exceptional, and award treble damages, attorney fees and costs incurred in connection therewith, pursuant to 35 U.S.C. § 285; and

  H.  Enter judgment granting Sensible Products such other relief as this Court deems appropriate.

Dated: July 3, 2014

Respectfully submitted,

McHALE & SLAVIN, P.A.

s/ Brian M. Taillon
Edward F. McHale
N.D. Illinois Trial Bar No. 90784500
Michael A. Slavin
Illinois Bar No. 6202313
Brian M. Taillon
Florida Bar No. 678635
2855 PGA Boulevard
Palm Beach Gardens, Florida 33410
Telephone: (561) 625-6575
Facsimile: (561) 625-6572
E-mail: litigation@mchaleslavin.com

*Attorneys for Sensible Products, Inc.*